1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY LANE,

11          Plaintiff,                    No. CIV S-06-0297 LKK JFM P

12      vs.

13   LT. K. PROVIDENCE, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

19   pauperis on the form used by this district.  Use of the form assists plaintiff to establish and the

20   court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2).

21   Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the

22   opportunity to submit the application on the appropriate form.[1]

23   /////

24   _____

25      [1]  Plaintiff has already provided a certified copy of his prison trust account statement for
     the six month period immediately preceding the filing of his complaint and will not be required
26   to submit another certified trust account statement with his new in forma pauperis application.

1

1    Plaintiff has filed two motions for appointment of counsel.  The United States

2 Supreme Court has ruled that district courts lack authority to require counsel to represent

3 indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298

4 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of

5 counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.

6 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the

7 court does not find the required exceptional circumstances.  Plaintiff's motions will therefore be

8 denied.

9    In accordance with the above, IT IS HEREBY ORDERED that:

10    1.  Plaintiff's February 22, 2006 motion to proceed in forma pauperis is dismissed

11 without prejudice.

12    2.  The Clerk of the Court is directed to send plaintiff a new Application to

13 Proceed In Forma Pauperis By a Prisoner.

14    3.  Plaintiff shall submit, within thirty days from the date of this order, a

15 completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order

16 will result in a recommendation that this action be dismissed without prejudice.

17    4.  Plaintiff's March 6, 2006 and March 27, 2006 motions for appointment of

18 counsel are denied.

19 DATED: May 25, 2006.

20

21    _____
      UNITED STATES MAGISTRATE JUDGE

22

23 12
   lane0297.3d+

24

25

26

2