IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LANE,

        Plaintiff,                         No. CIV S-06-0297 LKK JFM P

    vs.

LT. K. PROVIDENCE, et al.,

        Defendants.                 <u>ORDER</u>

                              /

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a notice of appeal.  On September 12, 2007, this action was dismissed based on plaintiff's failure to exhaust administrative remedies prior to filing the instant action.  <u>Vaden v. Summerhill</u>, 449 F.3d 1047, 1048, 1051 (9th Cir. 2006); <u>McKinney v. Carey</u>, 311 F.3d 1198, 1200-01 (9th Cir. 2002).

          Although plaintiff claimed all of his efforts to exhaust his grievance underlying the instant claim were blocked or rejected, the record evidence demonstrated that plaintiff obtained a first level decision in Log No. 04-M-1158.  None of the rejected or blocked grievances provided were dated after the first level decision was rendered on August 19, 2004.

          Because proper exhaustion is required, a prisoner cannot satisfy the PLRA exhaustion requirement by filing an untimely or otherwise procedurally defective administrative

1

1  grievance or appeal.  <u>Woodford v. Ngo</u>, ___ U.S. ___, 126 S.Ct. 2378, 2382 (2006).

2  Accordingly, this court finds that the appeal has not been taken in good faith.  The Clerk of the

3  Court is directed to serve a copy of this order on the United States Court of Appeals for the

4  Ninth Circuit.

5  DATED: December 7, 2007.

```
                           /s/ Lawrence K. Karlton
                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
```